

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00431-CV

Ronald R. **HYDE** and Patricia L. **HYDE**,
Appellants

v.

**REPSOL OIL & GAS USA, LLC**,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 18-07-00167-CVK
Honorable Russell Wilson, Judge Presiding

PER CURIAM

Sitting:  Irene Rios, Justice
     Beth Watkins, Justice
     Liza A. Rodriguez, Justice

Delivered and Filed: October 19, 2022

DISMISSED

  Appellants and appellee filed an agreed joint motion to dismiss because the parties have reached a settlement. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

          PER CURIAM